

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00316-CV

Juan **RAMIREZ**,
Appellant

v.

**THE ESTATE OF** Ernest M. **BRUNI**, Jr.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2024CVK000373D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, the parties' joint motion to vacate the trial court's judgment and remand the cause to the trial court is GRANTED. The trial court's judgment is VACATED without regard to the merits, and this cause is REMANDED to the trial court. *See* TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the parties' agreement, costs of the appeal are taxed against the party incurring them. *See id*. R. 42.1(d).

SIGNED July 17, 2024.

Liza A. Rodriguez, Justice